# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

NATHAN MARQUIS LEBARON,

        Plaintiff,

        v.

JOYCE J. MCCOWN and JENNIFER M. WINKLER,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-240-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint is DISMISSED WITH PREJUDICE and his request to proceed in forma pauperis is DENIED under 28 USC Section 1915(e)(2)(B).

| | |
|---|---|
| 8/4/08 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Renea Ferrante |
| | *(By) Deputy Clerk* |
| | Renea Ferrante |